**IN THE UNITED STATED DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ERICA TUCKER and | § | |
| BRANDON PARROTT, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 1:16-cv-00378-TCB |
| | § | |
| CITY OF ATLANTA, *et al.* | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE AS COUNSEL**

COMES NOW Maiysha R. Rashad, Georgia Bar No. 836938 of the City of Atlanta Law Department, and hereby notifies the Court, the Clerk of Court and the Plaintiff, pursuant to Local Rule 83.1(D)(1) of the appearance of the following attorney as counsel for Defendant City of Atlanta:

Maiysha R. Rashad, Esq.
**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520
(404) 546-4086 (telephone)
(404) 546-8366 (facsimile)
mrrashad@atlantaga.gov

Please insure that notices of all electronic filings are sent to the email address entered above.

Respectfully submitted this 18th day of March, 2016.

/s/ Maiysha R. Rashad
Maiysha R. Rashad
Assistant City Attorney
Georgia Bar No. 836938

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520
(404) 546-4148 (telephone)
(404) 546-8366 (facsimile)
mrrashad@atlantaga.gov

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B

I HEREBY CERTIFY that the foregoing motion was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.

This 18th day of March, 2016.

/s/ Maiysha R. Rashad
Maiysha R. Rashad
Assistant City Attorney
Georgia Bar No. 836938

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520
(404) 546-4148 (telephone)
(404) 546-8366 (facsimile)
mrrashad@atlantaga.gov

**IN THE UNITED STATED DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ERICA TUCKER and | § | |
| BRANDON PARROTT, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 1:16-cv-00378-TCB |
| | § | |
| CITY OF ATLANTA, *et al.* | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorneys of record electronically.

*/s/Maiysha R. Rashad*
Maiysha R. Rashad
Assistant City Attorney
Georgia Bar No. 836938